UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MIGUEL ANGEL VIDANA,

       Petitioner,

Case No. 2:20-cv-57

v.

Honorable Paul L. Maloney

MIKE BROWN,

       Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED.**

**IT IS FURTHER ORDERED** that Petitioner's motions for leave to proceed *in forma pauperis* and for appointment of counsel (ECF Nos. 2 and 4) are **DENIED.**

Dated:   June 9, 2020                    /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge