UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MIGUEL ANGEL VIDANA,

        Petitioner,                Case No. 2:20-cv-57

v.                                  Honorable Paul L. Maloney

MIKE BROWN,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: June 9, 2020                        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                        United States District Judge